

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00521-CV

**MEDINA INTERESTS, LTD.**,
Appellant

v.

William Paul **TRIAL**, et al.,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 13-04-00098-CVK
Honorable Stella Saxon, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order Granting Defendants' Motion for Summary Judgment and the trial court's Order Denying Plaintiffs' Cross-Motion for Partial Summary Judgment are AFFIRMED.

It is ORDERED that appellees recover their costs of appeal from appellant.

SIGNED June 24, 2015.

_____
Sandee Bryan Marion, Chief Justice